JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>        Plaintiff,<br><br>    v.<br><br>Corona Sun Plaza, LLC, a California Limited Liability Company;<br>Samina Haq;<br>Mohammed Mumtaz-Ulhaq; and Does 1-10,<br><br>        Defendants. | Case: 5:13-CV-01993-VAP-SP<br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: January 17, 2014 _____

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1